# EXHIBIT B

| | |
|---|---|
| US DISTRICT COURT OF THE DISTRICT OF UTAH<br>COUNTY OF | **AFFIDAVIT OF SERVICE** |

AVT NEW JERSEY, L.P., A UTAH LIMITED PARTNERSHIP,

CLIENT: **MICHAEL BEST**
FF/INDEX #:
DATE FILED 09/17/2019
DOCKET #:

Plantiff(s)/Petitioners(s)

- AGAINST -

CIVIL ACTION NO.
2:19-CV-00662-JNP

CUBITAC CORP., A NEW YORK CORPORATION, AND YOEL WEISS, A CITIZEN OF NEW YORK,

PRESIDING:
COURT D/T:
AMOUNT:

Defendant(s) / Respondent(s)

## STATE OF NEW YORK, COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on     9/24/19     at     12:00 PM   at   48 BAKERTOWN RD, UNIT 415, MONROE, NY 10950

deponent served the within   **SUMMONS IN A CIVIL ACTION, & COMPLAINT**

on   **YOEL WEISS, A CITIZEN OF NEW YORK**                                                                                                   therein named

**SUITABLE AGE**  ☑  By delivering a true copy thereof to and leaving with   **JOHN DOE, REFUSED NAME / CO-WORKER**
a person of suitable age and discretion, the said premises being the defendants - respondents

☐ dwelling place     ☑ place of business     ☐ last known address     within the State of New York

☐ AND AT THE SAME TIME PAYING IN ADVANCE            THE AUTHORIZED FEE

**DESCRIPTION**   Deponent describes the individual served as follows:

**MALE, WHITE SKIN, BROWN HAIR, 45 - 50 YRS, 5'9" - 5'10", 170 - 180 LBS.**

Other identifying features:

**GLASSES, BEARD, MUSTACHE**

**MAILING**   ☑   Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive care and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on:  **9/25/19**

☐ at his last known residence     ☑ at his place of business     ☐ at his last known address

Address confirmed by:

**MILITARY SERVICE**   ☑   I asked the person spoken to whether defendant / respondent was in active military service or financially dependant upon anyone who is in the military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. Defendant / respondent wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant / respondent is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on:  **9/25/2019**

PAUL COLALUCA

JO-ANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20__
01JO5031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
01GO4632958

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01GO5013764

| | |
|---|---|
| US DISTRICT COURT OF THE DISTRICT OF UTAH<br>COUNTY OF | **AFFIDAVIT OF SERVICE** |

AVT NEW JERSEY, L.P., A UTAH LIMITED PARTNERSHIP,

Plantiff(s)/Petitioners(s)

- AGAINST -

CUBITAC CORP., A NEW YORK CORPORATION, AND YOEL WEISS, A CITIZEN OF NEW YORK,

Defendant(s) / Respondent(s)

CLIENT: MICHAEL BEST
FF/INDEX #:
DATE FILED: 09/17/2019
DOCKET #:
CIVIL ACTION NO. 2:19-CV-00662-JNP
PRESIDING:
COURT D/T:
AMOUNT:

STATE OF NEW YORK, COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on    9/24/19    at    12:00 PM   at   48 BAKERTOWN RD, UNIT 415, MONROE, NY 10950

deponent served the within **SUMMONS IN A CIVIL ACTION, & COMPLAINT**

on **CUBITAC CORP., A NEW YORK CORPORATION**                                                                                                therein named

**CORPORATION**   ☑ By delivering to and leaving with **JOHN DOE, REFUSED NAME**                                 and that he knew the person
so served to be the **GENERAL AGENT**                                                                 of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE        THE AUTHORIZED FEE

**DESCRIPTION**    Deponent describes the individual served as follows:

**MALE, WHITE SKIN, BROWN HAIR, 45 - 50 YRS, 5'9" - 5'10", 170 - 180 LBS.**

Other identifying features:

**GLASSES, BEARD, MUSTACHE**

Sworn to before me on:  **9/25/2019**

JO-ANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20__
01JO6031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
01GO4632958

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01GO6013764

PAUL COLALUCA