# EXHIBIT C

10/2/2019                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®

**FAQs >**

## Track Another Package **+**

**Tracking Number:** 9468203699300000693568

Remove ✕

Your item was returned to the sender on September 28, 2019 at 3:54 pm in MONROE, NY 10950 because of an incorrect address.

## Alert

September 28, 2019 at 3:54 pm
No Such Number
MONROE, NY 10950

Feedback

---

**Text & Email Updates**                                    ∨

---

**Proof of Delivery**                                        ∨

---

**Tracking History**                                         ∧

September 28, 2019, 3:54 pm
No Such Number
MONROE, NY 10950
Your item was returned to the sender on September 28, 2019 at 3:54 pm in MONROE, NY 10950 because of an incorrect address.

September 27, 2019, 3:56 pm
Notice Left (No Authorized Recipient Available)
MONROE, NY 10950

　　　　　　　　USPS.com® - USPS Tracking® Results

September 27, 2019, 9:45 am
Out for Delivery
MONROE, NY 10950

September 27, 2019, 7:53 am
Arrived at Post Office
MONROE, NY 10950

September 27, 2019, 6:59 am
Arrived at USPS Facility
MONROE, NY 10950

September 27, 2019, 6:02 am
Departed USPS Regional Facility
WHITE PLAINS NY DISTRIBUTION CENTER

September 27, 2019, 1:23 am
Arrived at USPS Regional Destination Facility
WHITE PLAINS NY DISTRIBUTION CENTER

September 26, 2019
In Transit to Next Facility

September 25, 2019, 8:52 pm
Arrived at USPS Origin Facility
84198

September 25, 2019, 7:37 pm
Accepted at USPS Origin Facility
SALT LAKE CITY, UT 84121

Feedback

**Product Information**　　　　　　　　　　　　　　　　∨

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback