Richard F. Ensor (10877)
Michael C. Barnhill (12439)
MICHAEL BEST & FRIEDRICH, LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
Telephone:   (801) 833-0500
Facsimile:    (801) 931-2500
rfensor@michaelbest.com
mcbarnhill@michaelbest.com

Attorneys for Plaintiff, AVT New Jersey, L.P.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AVT NEW JERSEY, L.P., a Utah limited partnership,<br><br>                Plaintiff,<br><br>v.<br><br>CUBITAC CORP., a New York corporation, and YOEL WEISS, a citizen of New York,<br><br>                Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**<br><br>Civil No. 2:19-cv-00662-JNP<br><br>Judge Jill N. Parrish |

      Based upon the motion of Plaintiff AVT New Jersey, L.P. ("Plaintiff"), and good cause showing therefor, it appears that Defendant Cubitac Corp and Defendant Yoel Weiss are attempting to avoid service.  This Court believes that service by first class mail and certified mail to 48 Bakertown Road, Unit 415, Monroe, New York 10950 is a means of notice that is reasonably calculated, under all the circumstances, to apprise Defendant Weiss, both as an officer of Defendant Cubitac Corp. and as an individual and named defendant, of the pendency of this action to the extent reasonably possible or practical.

IT IS HEREBY ORDERED that Plaintiff send the summons, complaint, and this order granting alternative service to Defendant Yoel Weiss at 48 Bakertown Road, Unit 415, Monroe, New York 10950.  Service will be complete upon mailing.

***** **THIS ODER WILL BECOME EFFECTIVE UPON THE COURT'S ELECTRONIC SIGNATURE AND ENTRY AS NOTED ON THE TOP OF THE FIRST PAGE** *****