Richard F. Ensor (10877)
Evan S. Strassberg (8279)
MICHAEL BEST & FRIEDRICH LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
Telephone:  (801) 833-0500
Facsimile:   (801) 931-2500
rfensor@michaelbest.com
esstrassberg@michaelbest.com

Attorneys for Plaintiff, AVT New Jersey, L.P.

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AVT NEW JERSEY, L.P., a Utah limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>CUBITAC CORP., a New York corporation, and YOEL WEISS, a citizen of New York,<br><br>Defendants. | **SATISFACTION OF JUDGMENT**<br><br>Civil No. 2:19-cv-00662-JNP<br><br>Judge Jill N. Parrish |

Plaintiff AVT New Jersey, L.P. ("AVT"), by and through its undersigned counsel of record, hereby gives notice that the Amended Final Judgment entered in this matter [ECF No. 71] has been fully satisfied.

Respectfully submitted this the 3rd day of April, 2025.

**MICHAEL BEST & FRIEDRICH, LLP**

/s/ Evan S. Strassberg
*Attorneys for Plaintiff AVT New Jersey, L.P.*